UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Stephen Frank

        v.                       Case No. 11-cv-66-PB

PHH Mortgage Services, et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 15, 2011, no objection having been filed, except to the extent that the Magistrate judge concludes that the claim is not cognizable in this court. I take no position on that issue.

SO ORDERED.

March 22, 2011                                /s/ Paul Barbadoro
                                                          Paul Barbadoro
                                                          United States District Judge

cc:    Stephen Frank, Pro Se