UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Stephen Z. Frank

        v.                                Case No. 11-cv-66-PB

Sharita Corbitt, et al.

O R D E R

The plaintiff has failed to comply with the Clerk's order dated May 24, 2011, accordingly, the complaint is dismissed without prejudice.

SO ORDERED.

July 12, 2011                                          /s/ Paul Barbadoro
                                                      Paul Barbadoro
                                                      United States District Judge

cc:     Stephen Z. Frank, Pro Se